KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

IN RE:

SARKIS VARDANYAN



Debtor(s).

Case No.: LA09-41050-EC

CHAPTER 13

ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO 11 U.S.C. §109(h)(1) AND APPROVING ATTORNEY OF RECORD'S FEES PURSUANT TO L.B.R. 3015-1(u)

DATE:   January 07, 2010
TIME:   1:30 pm
PLACE:  Courtroom 1639 - 16th Floor
        255 E. Temple St.
        Los Angeles, CA 90012

FILED JAN 27 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

ENTERED JAN 29 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

On January 07, 2010 at 1:30 pm in Courtroom 1639 - 16th Floor, 255 East Temple Street, Los Angeles, CA 90012, the Honorable Ellen Carroll held the confirmation hearing in this matter. Appearances were as noted in the record. The Court having considered the pleadings filed and statements made in open Court, and good cause appearing,

IT IS HEREBY ORDERED:

The Chapter 13 case is hereby dismissed due to the Debtor being ineligible to be a debtor by reason of his failure to obtain an individual briefing during the 180-day period preceding the date of filing of the petition from an approved nonprofit budget and credit counseling agency pursuant to 11 U.S.C. §109(h)(1).

IT IS FURTHER ORDERED:

Pursuant to *Local Bankruptcy Rule* 3015-1(u), *General Order* 06-01 and the Rights and Responsibilities Agreement filed in the instant case, the attorney of record's fee in the amount of $0.00 is hereby approved.

DATED: 1/27/10

*Ellen Carroll*
UNITED STATES BANKRUPTCY JUDGE

## PROOF OF SERVICE BY U.S. MAIL

I, Perlita Gozun, declare as follows:

I am employed in the County of Los Angeles, State of California. My business address is 700 S. Flower Street, Suite 1950, Los Angeles, California 90017. I am over the age of eighteen and not a party to this case. On 1/15/10, I served the "ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO 11 U.S.C. §109(h)(1) AND APPROVING ATTORNEY OF RECORD'S FEES PURSUANT TO L.B.R. 3015-1(u)" by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California addressed as follows:

[See Service list]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and executed at Los Angeles, California.

DATED: 1/15/10

_____
Perlita Gozun

### Service List

BRICE, VANDER LINDEN & WERNICK, P.C.
AMERICAN HOME MORTGAGE SERVICING, INC
1525 S BELTLINE RD., SUITE 100 N
COPPELL, TX 75019

YEZNIK O KAZANDJIAN
LAW OFFICES OF YEZNIK O KAZANDJIAN
221 E GLENOAKS BLVD #225
GLENDALE, CA 91207

SARKIS VARDANYAN
10124 FERNGLEN AVE
TUJUNGA, CA 91042

KATHY A. DOCKERY
STANDING CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In Re:

SARKIS VARDANYAN

Debtor(s)

CHAPTER 13 CASE NUMBER
LA09-41050-EC

Movants(s)/Plaintiff(s)
vs.

Respondent(s)/Defendant(s)

[ ] REFERENCE NUMBER
[ ] ADVERSARY NUMBER

## NOTICE OF ENTRY OF JUDGEMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified pursuant to Local Bankruptcy Rule 116 (1) (a) (iv), that a judgment or order entitled:

**ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO 11 U.S.C. §109(H)(1) AND APPROVING ATTORNEY OF RECORD'S FEES PURSUANT TO L.B.R. 3015-1(U)**

was entered on: JAN 29 2010

2. I hereby certify that I mailed a copy of this notice and true copy of the order or judgment to the person and entities listed below: JAN 29 2010

### Service List

BRICE, VANDER LINDEN & WERNICK, P.C.
AMERICAN HOME MORTGAGE SERVICING, INC
1525 S BELTLINE RD., SUITE 100 N
COPPELL, TX 75019

YEZNIK O KAZANDJIAN
LAW OFFICES OF YEZNIK O KAZANDJIAN
221 E GLENOAKS BLVD #225
GLENDALE, CA 91207

KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER STREET, SUITE 1950
LOS ANGELES, CA 90017

SARKIS VARDANYAN
10124 FERNGLEN AVE
TUJUNGA, CA 91042

Jon D. Ceretto
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk