KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| IN THE MATTER OF: | CHAPTER 13 |
|---|---|
| SARKIS VARDANYAN<br>10124 FERNGLEN AVE<br>TUJUNGA, CA 91042<br><br>DEBTOR(S). | CASE NO.: LA09-41050-EC<br><br>**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE AND CLOSE CASE** |

**TO THE HONORABLE ELLEN CARROLL, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), ATTORNEY OF RECORD FOR THE DEBTOR(S) AND ALL OTHER PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that the Standing Chapter 13 Trustee, KATHY A. DOCKERY ("TRUSTEE"), intends to file a Final Report and Account of your allowed claim, a copy of which is enclosed with this Notice; and

NOTICE IS FURTHER GIVEN that any party objecting to the Final Report and Account of their allowed claim must file and serve a written objection and request a hearing from the court.  Any objection to the Final Report and Account must be served on the Trustee at the address set forth above, the Debtor(s) and the Debtor(s)' attorney of record, if applicable.  Filing a Fee Application or Proof of Claim is not responsive to this notice and will not be deemed an objection to the final report.  In the event no objection is filed within thirty (30) days after the date of service of this Notice, the Court will discharge the Trustee and close the case (see 11 U.S.C. §350 (a) and F.R.B.P., Rule 5009).

DATED: <u>2/4/2010</u>

_____
Kathy A. Dockery, Trustee

**SARKIS VARDANYAN**

**LA09-41050-EC**
**PETITION FILED: 11/6/09**

**(a) DISMISSED PRE-CONFIRMATION**

**CLAIMS AND DISBURSMENTS**

| Claim # | Claimant Name | Scheduled Claim Amount | Proof of Claim Amount | % to be paid | Allowed Claim | Int Rate | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|
| ATTY | YEZNIK O KAZANDJIAN ATTORNEY FEE | $0.00 | $0.00 | | | | | | |
| 00003 | U.S. BANK NATIONAL ASSOCIATION Filed: 12/08/09 PRINCIPAL RESIDENCE | $13,993.00 | $22,431.04 | 100.00% | $0.00 | 6.00% | $0.00 | | |
| 00004 | BANK OF AMERICA, N A Filed: 12/14/09 PRINCIPAL RESIDENCE | $2,700.00 | $0.00 | | NOT FILED | | | | |
| 00005 | GMAC AUTO SECURED OMITTED CREDITOR | $0.00 | $0.00 | | PAY DIRECT | | | | |
| 00006 | WACHDLRSERV SECURED OMITTED CREDITOR | $0.00 | $0.00 | | PAY DIRECT | | | | |
| 00001 | DISCOVER BANK Filed: 11/13/09 UNSECURED | $11,301.00 | $11,301.99 | 0.00% | $0.00 | | $0.00 | | |
| 00007 | FIA CARD SERVICES, NA Filed: 12/16/09 UNSECURED | $17,529.00 | $17,529.98 | 0.00% | $0.00 | | $0.00 | | |
| 00008 | CR EVERGREEN, LLC Filed: 01/05/10 UNSECURED | $7,991.00 | $7,991.27 | 0.00% | $0.00 | | $0.00 | | |
| 00009 | NATIONAL CAPITAL MANAGEMENT, LLC Filed: 12/09/09 UNSECURED | $11,237.00 | $11,237.24 | 0.00% | $0.00 | | $0.00 | | |
| 00010 | CHASE UNSECURED | $12,414.00 | $0.00 | | NOT FILED | | | | |
| 00011 | CHASE UNSECURED | $756.00 | $0.00 | | NOT FILED | | | | |
| 00012 | Citi/Sears Card UNSECURED | $3,060.00 | $0.00 | | NOT FILED | | | | |
| 00013 | PRA RECEIVABLES MANAGEMENT LLC Filed: 12/28/09 UNSECURED | $8,818.00 | $8,818.43 | 0.00% | $0.00 | | $0.00 | | |
| 00014 | LTD FINANCIAL SERVICES UNSECURED | $172.00 | $0.00 | | NOT FILED | | | | |
| TTE | Trustee Fee Admin | | | | | | $100.00 | | |
| | **TOTAL** | **$89,971.00** | **$79,309.95** | | **$0.00** | | **$100.00** | **$0.00** | **$0.00** |

**PLAN PAID ALLOWED UNSECURED CLAIMS AT 0.00%**

**SUMMARY OF CLAIMS FILED**

| | |
|---|---|
| **PRIORITY CLAIMS** | **$0.00** |
| **SECURED CLAIMS** | **$22,431.04** |
| **UNSECURED CLAIMS** | **$56,878.91** |
| **TOTAL CLAIMS** | **$79,309.95** |

**SUMMARY OF RECEIPTS AND DISBURSEMENTS**

| | | |
|---|---:|---:|
| **TOTAL RECEIPTS** | | **$354.53** |
| **TRUSTEE FEES** | $100.00 | |
| **ATTORNEY FEES** | $0.00 | |
| **DEBTOR REFUNDS** | $254.53 | |
| **PRIORITY CLAIMS** | $0.00 | |
| **SECURED CLAIMS (Includes Interest)** | $0.00 | |
| **UNSECURED CLAIMS** | $0.00 | |
| **TOTAL DISBURSEMENTS** | | **$354.53** |
| **BALANCE ON HAND** | | **$0.00** |

**PROOF OF SERVICE BY U.S. MAIL**

I, Perlita Gozun, declare as follows:

I am employed in the County of Los Angeles, State of California. My business address is 700 S. Flower Street, Suite 1950, Los Angeles, California 90017. I am over the age of eighteen and not a party to this case. On 2/4/2010, I served the "**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE AND CLOSE CASE**" by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California addressed as follows:

[See Service list]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and executed at Los Angeles, California.

DATED: 2/4/2010

Perlita Gozun

**Service List**

BRICE, VANDER LINDEN & WERNICK, P.C.
AMERICAN HOME MORTGAGE SERVICING, INC
1525 S BELTLINE RD., SUITE 100 N
COPPELL, TX 75019

DISCOVER BANK
DFS SERVICES LLC
P O BOX 3025
NEW ALBANY, OH 43054-3025

NATIONAL CAPITAL MANAGEMENT, LLC
SUCCESSOR IN INTEREST TO HILCO RECEIVABLES, LLC
C/O CHASE BANK USA, N.A. (WAMU)
8245 TOURNAMENT DRIVE, SUITE 230
MEMPHIS, TN 38125

SARKIS VARDANYAN
10124 FERNGLEN AVE
TUJUNGA, CA 91042

CR EVERGREEN, LLC
MS 550
PO BOX 91121
SEATTLE, WA 98111-9221

FIA CARD SERVICES, NA
AS SUCCESSOR IN INTEREST TO
BANK OF AMERICA, NA
AND MBNA AMERICA BANK, NA
1000 SAMOSET DRIVE,
DE5-023-03-03
NEWARK, DE 19713

PRA RECEIVABLES MANAGEMENT LLC
AS AGENT OF PORTFOLIO RECOVERY ASSOCIATES, LLC
RE HSBC BANK NA DIRECT MERCHANTS
PO BOX 12914
NORFOLK, VA 23541

U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT
AMERICAN HOME MORTGAGE SERVICING, INC
1525 S BELTLINE ROAD, SUITE 100 N
COPPELL, TX 75019

YEZNIK O KAZANDJIAN
LAW OFFICES OF YEZNIK O
KAZANDJIAN
221 E GLENOAKS BLVD #225
GLENDALE, CA 91207